AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Jamar Isiah Byrd (AKA: Jamal Byrd; Jamar Byrd; Jamari Byrd; Michael Daley)<br>DOB: XXXXXX<br>*Defendant(s)* | Case: 1:25-mj-00208<br>Assigned To: Judge Sharbaugh, Matthew J.<br>Assign. Date: 9/6/2025<br>Description: COMPLAINT W/ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  September 5, 2025  in the District of  Columbia  the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a) | (Felony Assault on Law Enforcement). |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Alkeen Johnson*
Complainant's signature

Alkeen Johnson, Special Agent
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 09/06/2025

Judge's signature

City and state:  Washington, D.C.   Matthew J. Sharbaugh, U.S. Magistrate Judge
Printed name and title