Case 1:25-mj-00208-MJS    Document 1-1

Case: 1:25-mj-00208
Assigned To: Judge Sharbaugh, Matthew J.
Assign. Date: 9/6/2025
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF FACTS

The following statement is presented for the sole purpose of establishing probable cause and does This affidavit is in support of an arrest warrant and is intended to establish probable cause for the arrest of Jamar BYRD. This affidavit is not intended to convey all the facts known to law enforcement. The following facts and circumstances set forth in this affidavit are based on information supplied to your affiant by members of law enforcement and a review of reports and camera footage of the incident.

On Friday, September 5, 2025, at approximately 10:05 PM, Metropolitan Police Department (MPD) members from the Fifth District were patrolling in the area of 8th St & H St NE, Washington, DC 20002. At the time of the offense, MPD members were mobilized for federal service pursuant to President Trump's August 11, 2025, Executive Order, "Declaring a Crime Emergency in the District of Columbia." MPD members were accompanied by W-1, a Special Agent of the United States Drug Enforcement Administration (DEA). While on patrol, W-1 observed Jamar BYRD, (hereinafter BYRD), behaving in a belligerent manner toward two civilians. W-1 began to approach BYRD, at which point BYRD began running toward W-1 with a clenched fist.



*BYRD Approaching W-1 with A Clenched Fist*

At that point, MPD members intervened to assist, W-1, the DEA agent. MPD members attempted to stop BYRD and BYRD became physically combative. Specifically, BYRD headbutted V-1 in the face and kicked him in his left leg. BYRD kicked V-2 and V-3 multiple times each in the leg. In addition, BYRD licked V-4 on his shirt and grabbed him by his shirt and then proceeded to kick V-4. V-1 through V-4 are MPD officers.



*Still of V-1's Body-Worn Camera Footage As BYRD Headbutted Him*



*BYRD Kicking Officers*

BYRD also kicked V-5, who was kicked in both legs.  V-5 is an MPD sergeant.



***BYRD's Leg (Red Circle) Kicking V-5's Shin (Yellow Arrow)***

MPD Officers placed BYRD under arrest in connection with his conduct on scene.

As such, your affiant submits that there is probable cause to believe that BYRD violated 18 U.S.C. § 111(a)(felony) by forcibly assaulting and making physical contact with the aforementioned MPD members while they were engaged in or account of the performance of their official duties, respectively.

*Alkeen Johnson*
Special Agent Alkeen Johnson
FBI

Subscribed and sworn by telephone pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on September 6, 2025.

_____

Honorable Matthew Sharbaugh
United States Magistrate Judge